**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
|---|---|
| PEDRO MACEDA, | NO. 10-09959 |
| DEBTOR | JUDGE: Black (Joliet) |

**NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION**

HSBC Bank USA, N.A., as Trustee on Behalf of ACE Securities Corp. Home Equity Loan Trust and for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-ASAP1, Asset Backed Pass-Through Certificates, though its counsel Fisher and Shapiro, LLC, states that as of April 11, 2011 the post-petition sums due and collectable are as follows:

| | | |
|---|---|---:|
| 03/11-04/11 monthly payments at $1,792.91 each | = $ | 3,585.82 |
| TOTAL | = $ | 3,585.82 |

Respectfully submitted,

 /s/ Michael J. Kalkowski
Attorney for HSBC Bank USA, N.A., as Trustee on Behalf of ACE Securities Corp. Home Equity Loan Trust and for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2007-ASAP1, Asset Backed Pass-Through Certificates

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
 mtBannockburn, IL 60015 (847)291-1717
Attorneys for Movant 10-036746

**The firm of Fisher and Shapiro, LLC is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**